1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL scottnjohnson@dapiinc.com

5  Attorney for Plaintiff Scott N. Johnson

6

7

8              **UNITED STATES DISTRICT COURT**

9           **EASTERN DISTRICT OF CALIFORNIA**

10

11

12
                                    ) Case No.**2:12-cv-00084-JAM-DAD**
13  Scott N. Johnson                )
                                    ) **ORDER RE: STIPULATION FOR**
14           Plaintiff;             ) **DISMISSAL**
                                    )
15      vs.                         )
                                    )
16  River Bend Park Apartments, LLC )
                                    )
17           Defendant.             )
                                    )
18                                  )
                                    )
19  _____ )

20

21       IT IS SO ORDERED that the above-entitled action be and

22  is hereby dismissed with prejudice pursuant to Fed. R. Civ.

23  P. Rule 41(a)(1)(A).

24

25  Date:  5/23/2012

26                          /s/ John A. Mendez_____
                            U. S. District Court Judge
27

28

                PROPOSED ORDER RE STIPULATION FOR DISMISSAL

                      CIV: S-12-84-JAM-DAD- 1

PDF created with pdfFactory trial version www.pdffactory.com